Submitted on record and petitioners' brief December 10, reversed and remanded for reconsideration December 30, 1992

In the Matter of the Compensation of
Horace E. Bittle, Jr., Claimant.
## S & B JAMES CONSTRUCTION
and Liberty Northwest Insurance Corporation,
*Petitioners,*

*v.*

Horace E. BITTLE, Jr.,
*Respondent.*

(WCB 91-08680; CA A75218)

842 P2d 818

Alexander D. Libmann, Trial Counsel, Liberty Northwest Insurance Corporation, Portland, filed the brief for petitioners.

No appearance for respondent.

Before Richardson, Presiding Judge; and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).